RECEIVED
JK
4/11/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHREN DISTRICT OF ILLINOIS
EASTERN DIVISION

1:22-CV-1871

JOHN BRIDENHAGEN )
)
)
Plaintiff )
)
)
)
)
DEFFENSE INTELLIGENCE AGENCY )
)
)
Defendant )

Case Number

Judge

JUDGE KENNELLY
MAGISTRATE JUDGE HARJANI

COMPLAINT

1. Plaintiff, an American Citizen seeks disclosure under the Freedom of Information Act ("FOIA")
seeks Judicial Review of the Defense Intelligence Agency ("DIA") response to his FOIA request
0039-2019.

Jurisdiction and Venue

2. The Court has Jurisdiction over this action pursuant to 5 U.S.C. 552(a) (4) (b) and 28 U.S.C.
section 1331.

3. Venue is proper in Northern Illinois pursuant to 5 U.S.C. 552(a)(4)(b) , 28 U.S.C. section 1391

PARTIES

4. Plaintiiff, John Bridenhagen, is an American citizen, residing at 530 Thornhill Drive, Unit 309, Carol Stream, Illinois 60188. The Defense Intelligence Agency, Washington, D.C.

5. Plaintiff is seeking records from the Defendant, The Defense Intelligence Agency is within The Department of Defense and is within the Executive Branch of the United States Government. The Defense Intelligence Agency within the meaning of U.S.C. 552 (b)

FACTS

6. On October 20, 2018, the plaintiff provided the request and sent in the further information from the reply from the area in the paragraph of responsive pages within the request from the exhibit.

7. On November 29, 2019, sent the reply about what "could have been" Credentials assigned to the Plaintiff during the period in question 1984 and later on became a "sensitive time" from the responsive pages of the exhibit.

8. I sent in the additional information on February 28, 2019 within the timely basis of ninety days to complete the Freedom of Information Act Request.

9. The reply was sent on March 29, 2019, the Judicial Review in accordance with the 5 U.S.C. 552 (a)(4)(B) before a United States District Court.

10. A reply was sent from February 28, 2019 appeal on June 6, 2019, you may also seek Judicial Review in accordance with 5 U.S.C. 552(a)(4) (B) before a United States District Court.

11. A reply was sent on March 21, 2019, while the workload was in excess of 210 days due to unusual circumstances by 20 day statutory time period to February 28, 2019 appeal letter above.

-2-

Wherefore, Plaintiff prays that this Honorable:

a. This is an action for Injunctive and Declaratory Relief.

b. Order the Defendant Intelligence Agency, to disclose the requested records I their entireties a and make copies available to the plaintiff.

c. Provide for expeditious process in this action.

d. Grant such other relief as the Court may deem proper and just.

Respectfully Submitted,

John 5 Bridenhagen

John Bridenhagen

530 Thornhill Drive Unit 309
Carol Stream, Illinois 60188
331-218-5090
email is johnbridenhagen@gmail.com