

FILED
9/26/2022
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

DJ

ILLINOIS NORTHERN DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Plaintiff John Bridenhagen | ) | Judge Mathew F. Kennelly |
| | ) | |
| | ) | Magistrate Judge Harjai |
| | ) | |
| | ) | Case No. 22-cv-01871 |
| Defendant Defense Intelligence Agency, et al | ) | September 26, 2022 |

## COMPLAINT

1) Plaintiff, an American Citizen, seeks disclosure under the Freedom of Information Act ("FOIA") seeks Judicial Review Process of the Defense Intelligence Agency ,("DIA"), Washington, D.C. 20340, to his FOIA request 0039-2019.

## JURISICTION AND VENUE

2) The Court has Jurisdiction over this action pursuant to 5 U.S.C. 552 (a) (4) (b) and 28 U.S.C. Section 1331.

3) Venue is proper in Northern Illinois pursuant to 5 U.S.C. 552 (a)(4) (b), 28 U.S.C. Section 1391.

## PARTIES

4) The Plaintiff John Bridenhagen, 530 Thornhill Drive, Carol Stream, Illinois 60188,

and the Defense Intelligence Agency, Washington, D.C. 20340.

FACTS

5) This is a civilian Defense Department issue and pertains to the following requestor results indicated the following in need for an Attorney in Specialized Area of Law in the FOIA Statute 5U.S.C. 552 (a) (4) (b).

6) I am requesting, in 5 U.S.C. 552 (a)(4)(b), that the facts submitted brought back replies that need to be asked to review the year 1984 specific for this time in Matter de Novo, in camera the facts in Exhibit A the unpublished category description in category description in paragraph (4), section (a) from FOIA Number 0033-2019. And paragraph (4) section (B), withholding the agency to the records needed in camera preparation. Indexing, to ask the court to weigh substantial accord the year in this paragraph.

7) In the unexpected years following 1986 thru end 1987 for the Sensitive Time the Requestor results found but not looked for earlier research until the other results indicated later. The document November 29, 2019, the research built on itself. In the Exhibit A. The primary Veteran who deployed there explained to me, the Plaintiff, who never deployed in the service period 1973-1977. The extended facts that are unpublished required inside the Statute paragraph (4) section (B).

8) The unpublished records seems to indicate the need again, as the requestor replies the unpublished records for the "Could Have Been" assigned to Plaintiff. The would be assigned based on supporting information inside Exhibit A, for the two different times of 1984 then 1986 thru 1987. For the review of non-official unpublished necessarily indicated. Paragraph (4) and section (a).

9) My renewable checks in and after the Military DD214, during this discovery process. a) the job offer from Vinnell Corpration in 1978, In Saudi Arabia working through language Arabic Interpreters, not my language. b) Any reference to College education and any reference to international aspects of it can be renewable checks inside unpublished category paragraph (4) section (B) be reviewed in matter de novo. Is there any renewable delay during the timeline since 1984 in question that could be reviewed in matter de novo paragraph (4) section (B).

(3)

10) The next question during the period 1986 -1977, the Iran- Contra Hearings in Sensitive Time returned from results inquired with described within

Exhibit A. The contemporary research returned 2018 the gradual provided through research in FOIA from other agencies. The unpublished records paragraph(4) section(B) could be reviewed in timeline in matter de novo.

11) The Organization of American States Agreement into Law in April 30, 1948 signing.
During the period in question in Exhibit A in 3 of 5 the document singularly mentions supporting activity by detail. The hearsay rule 805, in number 18, is asked to be supported by Judicial Notice of Treaty that has been activated by treaty particulars. To make this supporting request to be review in camera de novo paragraph (4) section (B). and the requirements for the unpublished records to show any 'Could Have been ' credentials assigned by hearsay exception 805, 18 with Judicial Notice of above Treaty with Indexing for the record. This is by a pro bono limited research since submission and document above replied to requestor.

Wherefore the Plaintiff prays for the following:

!) That Injunctive and Declaratory Relief,

2) Order that the Defense Intelligence Agency provide the following by order of the of the Court to provide the relevant records for the Freedom of Information Act 5 U.S.C. 552 (a)(4)(b) paragraph (4) section (B) that non-published records and indexing of private category "Could have been" assigned PIN Credentials per 5 U.S.C. 552 (a) (4) (b) and their descriptive duties for the records.

3) Grant such relief as the Court deems just and proper.

*John Bridenhagen*
John Bridenhagen

Enclosures Exhibit A

John Bridenhagen
530 Thornnhill Drive Unit 309
Carol Stream, Illinois 60188

johnbridenhagen4@gmail.com

(331) 218-5090

September 26, 2022